**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

WALTER SZYMONIAK, Jr.          )
                               )
    Plaintiffs,            )
                               )  Civil Action No. 06-811
         v.                 )  Judge Lancaster
                               )  Magistrate Judge Caiazza
REX GLASS & MIRROR, CO.,       )
INC.,                          )
                               )
    Defendant .            )

**ORDER**

AND NOW, this 27th day of August, 2006, the court has been advised by counsel for the parties that the above-captioned action has been settled and that the only matters remaining to be completed are the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time.

It is, accordingly, hereby ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this order shall be considered a dismissal or disposition of this action, and that should further proceedings therein become necessary or desirable, either party may initiate the same in the identical manner as if this order had not been entered.

FURTHER, the court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

BY THE COURT:

_____
Gary L. Lancaster
U.S. District Court Judge

cc: All Parties of Record